IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| MEGAN GRAHAM | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 1:25-cv-00108-HSO-BWR |
| | § | |
| ALEXANDER SHUNNARAH GULF COAST LLP, *et al.* | § | DEFENDANTS |

**FINAL JUDGMENT OF DISMISSAL**

The parties have announced to the Court a settlement of this case. The Court, being advised that the parties have an informed understanding of their rights and the consequences of settlement, desires that this matter be finally closed on its docket.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE** as to all parties.

**SO ORDERED,** this the 16th of December, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE